## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CARIN O'CONNELL,<br><br>          Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendant. | CIVIL ACTION NO.:<br><br>1:21-CV-00128-TCB-RGV |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

The parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the voluntary dismissal with prejudice of Defendant Equifax Information Services, LLC.  Each party will bear its own costs and attorneys' fees.

Respectfully submitted this 1st day of December, 2021.

| | |
|---|---|
| */s/ William Thomas Hoover*<br>William Thomas Hoover<br>GA Bar No. 819305<br>Law Offices of Robert S. Gitmeid<br>& Associates, PLLC<br>30 Wall Street, 8th Floor #741<br>New York, NY 10005<br>Tel: (866) 249-1137 | */s/ Charles Campbell*<br>Charles Campbell<br>Georgia Bar No. 210929<br>Equifax Legal Department<br>Legal Counsel – Litigation<br>1550 Peachtree St. NW<br>Atlanta, Georgia  30309<br>Tel:  (404) 885-8066 |

| | |
|---|---|
| Fax: (877) 366-4747<br>william.h@gitmeidlaw.com<br>***Counsel for Plaintiff*** | Fax: (404) 885-8215<br>Charles.campbell@equifax.com<br>***Counsel for Defendant***<br>***Equifax Information Services LLC*** |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARIN O'CONNELL,<br><br>          Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendant. | CIVIL ACTION NO.:<br><br>1:21-CV-00128-TCB-RGV |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, I electronically filed Plaintiff's ***JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC*** with the Clerk of Court using the CM/ECF system, which will automatically notify the following attorneys of record:

Jordan T. Stringer, jordan.stringer@equifax.com

                                              */s/ William Thomas Hoover*
                                              William Thomas Hoover
                                              GA Bar No. 819305
                                              *Counsel for Plaintiff*