IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARIN O'CONNELL,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICE, LLC,

    Defendant.

CIVIL ACTION FILE
No. 1:21-cv-128-TCB

# **O R D E R**

The parties having announced that this case has settled, the Court hereby DIRECTS the Clerk to administratively close the case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

IT IS SO ORDERED this 7th day of February, 2022.

_____
Timothy C. Batten, Sr.
Chief United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.